[No. 2140–3. Division Three. December 20, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD HYSLOP, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 20161, Howard Hettinger, J., entered September 1, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., Green, J., dissenting.

[No. 4793–1. Division One. December 19, 1977.]

FIRST ALASKA MORTGAGE CORPORATION, *Appellant*, v. JAMES H. REID, ET AL, *Defendants*, WILBUR G. HALLAUER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 737338, Eugene G. Cushing, J. Pro Tem., entered May 19, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Andersen, JJ.

[No. 4961–1. Division One. December 19, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN PATRICK QUIMBY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 7779, Phillip G. Sheridan, J., entered August 6, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by James and Andersen, JJ.